# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARY A. NORRIS,<br><br>      Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of<br>Social Security Administration,<br><br>      Defendant. | Case No. CIV-03-514-RAW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On November 22, 2006, an Order and Judgment from the Tenth Circuit was filed in this Court, wherein the Tenth Circuit reversed and remanded this case to this Court directing that it be remanded to the Commissioner for further administrative proceedings. Accordingly, it is hereby ordered that the decision of the Administrative Law Judge is **REVERSED** and this case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings consistent with the Order and Judgment by the Tenth Circuit.

IT IS SO ORDERED this 29th day of November, 2006.
Dated this 29 November 2006.

J4h4i0

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma